No. 86–5789.   WIMAN v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 86–5790.   STANKOWSKI v. MCDOWELL, SHERIFF, ET AL. C. A. 3d Cir.   Certiorari denied.

No. 86–5792.   BANKS ET AL. v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 86–5807.   CROCKETT v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 86–5812.   WILLIAMS v. UNITED STATES POSTAL SERVICE ET AL.   C. A. 11th Cir.   Certiorari before judgment denied.

No. 86–5814.   STONER v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–5817.   STOUT v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–483.   PIERCE v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.   JUSTICE WHITE and JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 86–697.   ST. LOUIS HOME INSULATORS ET AL. v. BURROUGHS CORP.   C. A. 8th Cir.   Certiorari denied.   JUSTICE WHITE took no part in the consideration or decision of this petition.